UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO P. NAVAL,<br>Petitioner,<br>v.<br>CHARLES W. CALLAHAN, Warden,<br>Respondent. | Case No. 17-04668 BLF (PR)<br>**JUDGMENT** |

For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED without prejudice. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: Aug 6, 2018

BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.17\04668Naval_judgment